*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES DAVIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> WARDEN JAMES WALKER, et al., <br><br> Defendants. | No. C 09-0522 RMW (PR) <br><br> ORDER OF TRANSFER <br><br> (Docket No. 2) |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against California State Prison employees in Sacramento. The acts complained of occurred in Sacramento and the defendant is located at California State Prison, Sacramento, both of which lie within the venue of the Eastern District of California.

    Therefore, venue properly lies in the Eastern District. See 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. See 28 U.S.C. § 1406(a). The clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 3/16/09

                                            RONALD M. WHYTE
                                            United States District Judge