IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ULYSSES DAVIS, JR.,

        Plaintiff,                No. 2:09-cv-0832 FCD KJN P

    vs.

CHAPLAIN JUMAH, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed February 16, 2010, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On February 25, 2010, plaintiff submitted the copies of the complaint but failed to submit a completed USM-285 form for defendant Jumah.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

////

////

1

        2. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for defendant Jumah required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed as to defendant Jumah.

DATED: March 3, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

davi0832.8f